UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MARTIN BRIAN KEENAN and SHANNON
QUINN CONGEMI,

                Plaintiffs,

      v.

ANDREA QUARANTILLO, et al.

                Defendants.
------------------------------------------------------------ x

**ECF CASE**

07 Civ. 7234 (WHP)

NOTICE OF APPEARANCE

TO:    Clerk of Court
          United States District Court
          Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         September 18, 2007

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York

                          By:    /s/ _____
                                            BRIAN M. FELDMAN
                                            Assistant United States Attorney
                                            86 Chambers Street, 3rd Floor
                                            New York, New York 10007
                                            Telephone: (212) 637-2777
                                            Facsimile: (212) 637-2717
                                            Email: brian.feldman@usdoj.gov

TO:    Eamonn Dornan, Esq.

          Smith Dornan & Dehn PC
          110 East 42nd Street, Suite 1303
          New York, NY 10017