

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

October 15, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2007
```

**BY HAND**
The Honorable William H. Pauley, III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
New York, New York 10007

Re:   <u>Keenan, et al. v. Quarantillo, et al.</u>
      07 Civ. 7234

Dear Judge Pauley:

     I am the Assistant United States Attorney representing the defendants Andrea Quarantillo, Eduardo Aguirre, Michael Chertoff, Peter Keisler, the United States Citizenship and Immigration Service ("USCIS") and Robert S. Mueller (collectively, the "Government") in the above-referenced action, in which the Court has set an initial pretrial conference for December 7, 2007. <u>I write respectfully to request that the Court extend the deadline for the Government to respond to the complaint in this action by 45 days, from October 15, 2007, until November 29, 2007.</u> This is the Government's first request for an extension of this deadline. Plaintiffs consent to this request.

     Thank you for your consideration of this request.

Sincerely,

MICHAEL J. GARCIA
United States Attorney

By: _____
BRIAN M. FELDMAN
Assistant United States Attorney
Telephone No. (212) 637-2777
Facsimile No. (212) 637-2717

*Application granted.*
SO ORDERED:
_____
WILLIAM H. PAULEY III U.S.D.J.
10/22/2007

cc: **<u>BY FIRST CLASS MAIL</u>**
Eamonn Seamus Dornan, Esq.
Smith Dornan & Dehn PC
110 East 42nd Street, Suite 1303
New York, New York 10017