MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: BRIAN M. FELDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2777
Facsimile: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MARTIN BRIAN KEENAN and SHANNON
QUINN CONGEMI,

                Plaintiffs,

            v.

ANDREA QUARANTILLO, NEW YORK CITY
DISTRICT OFFICE, UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES; EDUARDO AGUIRRE, DIRECTOR
OF THE UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; AND MICHAEL
CHERTOFF, SECRETARY OF THE
DEPARTMENT OF HOMELAND SECURITY;
AND ALBERTO GONZALES, ATTORNEY
GENERAL OF THE UNITED STATES; AND
THE UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; AND ROBERT S.
MUELLER, III., DIRECTOR, FEDERAL
BUREAU OF INVESTIGATION,

                Defendants.
------------------------------------------------------------- x

ECF Case

07 Civ. 7234 (WHP)

**CONSENT NOTICE OF**
**VOLUNTARY DISMISSAL**

The Clerk of Court is directed to mark this case closed.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
12/7/2007

WHEREAS, on or about August 14, 2007, plaintiffs Martin Brian Keenan and Shannon Quinn Congemi ("Plaintiffs") filed a complaint in the above-captioned action (the "Complaint") against defendants Andrea Quarantillo, New York City District Office, United States Citizenship and Immigration Services; Eduardo Aguirre, Director of the United States Citizenship and Immigration Services; Michael Chertoff, Secretary of the Department of Homeland Security;

Alberto Gonzales, Attorney General of the United States; the United States Citizenship and Immigration Services; and Robert S. Mueller, III, Director, Federal Bureau of Investigation (collectively "Defendants");

WHEREAS, the parties have resolved this matter;

WHEREAS, Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action," Fed. R. Civ. P. 41(a)(1); and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendants, by their respective counsel, as follows:

1. The Complaint is hereby voluntarily dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without costs or attorney's fees to any party; and

2. The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
     December 6, 2007

SMITH DORNAN & DEHN PC
Attorney for Plaintiffs

By: _____
    EAMONN SEAMUS DORNAN
110 East 42nd Street, Suite 1303
New York, New York 10017
Telephone No. (212) 370-5316
Facsimile No. (212) 370-5317

Dated: New York, New York
     December 6, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
    BRIAN M. FELDMAN
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2777
Facsimile No. (212) 637-2717